IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO.: 3:12 MC61

## ADMINISTRATIVE ORDER EXTENDING THE TERM OF THE CHIEF JUDGE OF THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

**PURSUANT TO** the authority and mandate of 28 U.S.C. § 154(b), the United States District Court for the Western District of North Carolina hereby extends the term of the designation of the Honorable J. Craig Whitley as the Chief Bankruptcy Judge of the United States Bankruptcy Court for the Western District of North Carolina from April 6, 2012 to November 19, 2012.

THIS the 3d day of April 2012.

Robert J. Conrad
Chief United States District Judge